IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01058-MSK-BNB

TAMMY KOENIG,

Plaintiff,

v.

UNITED COLLECTION BUREAU, INC., an Ohio corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion for Protective Order** [docket no. 8, filed July 18, 2008] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.


DATED: July 22, 2008